UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-00515

| | |
|---|---|
| MICHAEL CROWELL, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF NORTH CAROLINA, *et al,* | ) |
| | ) |
| *Defendants* | ) |

## PLAINTIFF'S RESPONSE TO MOTION
## TO INTERVENE

Plaintiff does not oppose the motion of Senate President Pro Tem Berger and

House Speaker Moore to intervene in this action.

This 1st day of September 2017.

/s/ Michael Crowell
Michael Crowell
NC State Bar No. 1029
1011 Brace Lane
Chapel Hill, NC 27516
919-812-1073
lawyercrowell@gmail.com

*Attorney representing himself*