IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL CROWELL, <br><br> *Plaintiff,* <br><br> vs. <br><br> STATE OF NORTH CAROLINA; ROY COOPER, Governor of North Carolina, *in his official capacity only*; BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT; CHAIR, BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT, *in official capacity only*; MEMBERS, BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT, *in their official capacity only*; <br><br> *Defendants.* | Case No. 1:17-cv-00515-WO-JEP |

## MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM

Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House (collectively, "Defendant-Intervenors"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as L.R. 7.3, hereby move this Court to dismiss Plaintiff's action for failure to state

a claim upon which relief can be granted. Plaintiff's Complaint fails to establish the necessary elements of a claim for a violation of his rights under the Equal Protection Clause of the Fourteenth Amendment or the First Amendment of the United States Constitution.

Defendant-Intervenors submit contemporaneously herewith a Memorandum in support of this Motion to Dismiss and incorporate all arguments and grounds to dismiss Plaintiff's Complaint contained therein by reference. If this Court holds that Plaintiff's Complaint states a claim for either an equal protection or First Amendment violation, this Court should hold the remainder of its proceedings in abeyance until the state court proceeding is complete.

WHEREFORE, Defendant-Intervenors Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House, respectfully request that this Court grant this Motion to Dismiss, enter an order dismissing Plaintiff's action with prejudice, and grant such other and further relief as it deems proper.

Respectfully submitted this 12th day of October, 2017.

>NELSON MULLINS RILEY & SCARBOROUGH LLP
>
>By:/s/ D. Martin Warf
>Noah H. Huffstetler, III
>N.C. State Bar No. 7170
>D. Martin Warf
>N.C. State Bar No. 32982
>GlenLake One, Suite 200
>4140 Parklake Avenue
>Raleigh, NC  27612
>Telephone: (919) 877-3800
>Facsimile: (919) 877-3799
>noah.huffstetler@nelsonmullins.com
>martin.warf@nelsonmullins.com
>
>*ATTORNEYS FOR* Defendant-Intervenors *PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives*

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael Crowell
1011 Brace Lane
Chapel Hill, NC 27516
lawyercrowell@gmail.com
*Plaintiff*

James Bernier, Jr.
Special Deputy Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
jbernier@ncdoj.gov
*Counsel for Defendants*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:/s/ D. Martin Warf
Noah H. Huffstetler, III
N.C. State Bar No. 7170
D. Martin Warf
N.C. State Bar No. 32982
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 877-3800
Facsimile: (919) 877-3799
noah.huffstetler@nelsonmullins.com
martin.warf@nelsonmullins.com

*ATTORNEYS FOR Defendant-Intervenors PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives*