IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

| | | |
|---|---|---|
| MICHAEL CROWELL, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-515-WO-JEP |
| | ) | |
| STATE OF NORTH CAROLINA; ROY COOPER, Governor of North Carolina, *in his official capacity only*; BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT; CHAIR, BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT, *in official capacity only*; MEMBERS, BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT, *in their official capacity only*; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

STIPULATION OF DISMISSAL OF DEFENDANTS
STATE OF NORTH CAROLINA AND BIPARTISAN STATE
BOARD OF ELECTIONS AND ETHICS ENFORCEMENT

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, plaintiff voluntarily dismisses as defendants in this action the State of North Carolina and the Bipartisan State Board of Elections and Ethics Enforcement.

The remaining defendants are Governor Roy Cooper and the chair and members of the Bipartisan State Board of Elections and Ethics Enforcement, all of whom are sued in their official capacity only. All defendants and defendant-intervenors President Pro Tem Phillip E. Berger and Speaker Timothy K. Moore join in this stipulation.[1]

RESPECTFULLY SUBMITTED, this 14th day of November 2017.

/s/ Michael Crowell
NC State Bar # 1029
1011 Brace Lane
Chapel Hill, NC 27516
919-812-1073
lawyercrowell@gmail.com
*Plaintiff representing himself*

---

[1] The Fourth Circuit has not definitively answered whether the dismissal of individual defendants in a multiple-defendant case should be by Rule 41 or through an amended complaint under Rule 15, but "most of the circuits that have addressed the issue have determined that the standards of Rule 41 control." *Fagnant v. K-Mart Corporation*, 2013 WL 6901907, at 2 (U.S.D.C., D.S.C., Dec. 31, 2013)(quoting 9 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2362 (3d ed. 2008)). The use of Rule 41 is particularly appropriate when all the parties stipulate to the dismissal.

Signatures provided with the parties' permission:

| | |
|---|---|
| /s/ D. Martin Warf | /s/ Brian D. Rabinovitz |
| NC State Bar # 32982 | NC State Bar # 41538 |
| Mullins Riley & Scarborough LLP | Special Deputy Attorney General |
| GlenLake One, Suite 200 | N.C. Department of Justice |
| 2120 Parklake Avenue | PO Box 629 |
| Raleigh, NC 27612 | Raleigh, NC 27602-0629 |
| 919-877-3800 | 919-716-6863 |
| martin.warf@nelsonmullins.com | brabinovitz@ncdoj.gov |
| *Counsel for defendant-intervenors Berger and Moore* | *Counsel for defendant Roy Cooper* |

/s/ James Bernier, Jr.
NC State Bar # 45869
Special Deputy Attorney General
N.C. Department of Justice
PO Box 629
Raleigh, NC 27602-0629
919-716-6900
jbernier@ncdoj.gov
*Counsel for defendants State of North Carolina, Bipartisan State Board of Elections and Ethics Enforcement, and chair and members, Bipartisan State Board of Elections and Ethics Enforcement*

3

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL CROWELL, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 1:17-cv-515-WO-JEP |
| | ) |
| STATE OF NORTH CAROLINA, *et al,* | ) |
| | ) |
| *Defendants* | ) |

## CERTIFICATE OF SERVICE

I certify that on November 14, 2017, I electronically filed this Stipulation of Dismissal of Defendants State of North Carolina and Bipartisan State Board of Elections and Ethics Enforcement with the Clerk of Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

>James Bernier, Jr.
>Special Deputy Attorney General
>Alexander McC. Peters
>Senior Deputy Attorney General
>N.C. Department of Justice
>PO Box 629
>Raleigh, NC 27602
>apeters@ncdoj.gov
>jbernier@ncdoj.gov
>*Counsel for defendants State of North Carolina,*
>>*Bipartisan State Board of Elections and Ethics Enforcement, and chair and members of the Bipartisan State Board of Elections and Ethics Enforcement*

4

D. Martin Warf
Noah H. Huffstetler, III
Nelson Mullins Riley & Scarborough LLP
Glenlake One, Suite 200
4140 Parklake Avenue
Raleigh, NC 27612
martin.ward@nelsonmullins.com
noah.huffstetler@nelsonmullins.com
*Counsel for defendant-intervenors Berger and Moore*

Brian D. Rabinovitz
Special Deputy Attorney General
Amar Majmundar
Special Deputy Attorney General
Olga E. Vysotskaya de Brito
Special Deputy Attorney General
NC Department of Justice
PO Box 629
Raleigh, NC 27602
brabinovitz@ncdoj.gov
amajmundar@ncdoj.gov
ovysotskaya@ncdoj.gov
*Counsel for defendant Roy Cooper*

This 14th day of November 2017.

/s/ Michael Crowell
Michael Crowell, Attorney
NC State Bar No. 1029
1011 Brace Lane
Chapel Hill, NC 27516
919-812-1073
lawyercrowell@gmail.com

*Attorney representing himself*