IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL CROWELL,<br><br>    Plaintiff,<br>v.<br><br>STATE OF NORTH CAROLINA, et al.,<br><br>    Defendants. | 1:17CV515 |

## ORDER

This matter is before the Court on Motion of Plaintiff for an extension of time to reply to defendant-intervenors' response opposing plaintiff's motion to amend the complaint. All parties consent to the extension of time, and the Court will allow the request.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time [Doc. #50] is GRANTED, and the deadline for the Reply is extended to and including October 9, 2018.

This the 21st day of September, 2018.

                                                  /s/ Joi Elizabeth Peake
                                                United States Magistrate Judge