IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL CROWELL, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:17-cv-515-WO-JEP |
| STATE OF NORTH CAROLINA, et al. | ) |
| *Defendants.* | ) |

## NOTICE OF STATE COURT DECISION

Since plaintiff filed his Plaintiff's Response Opposing Motion for Stay (Dkt 55) on October 15, 2018, the three-judge panel in Wake County Superior Court decided *Cooper v. Berger IV*. The court's order is attached. The panel held that North Carolina Session Law 2018-2 providing for a nine-member Bipartisan State Board of Elections and Ethics Enforcement, among other provisions, violates state constitutional provisions on separation of powers.

RESPECTFULLY SUBMITTED, this 18th day of October 2018.

/s/ Michael Crowell
Michael Crowell, Attorney
State Bar # 1029
1011 Brace Lane
Chapel Hill, NC 27561
919-812-1073
lawyercrowell@gmail.com
*Attorney representing himself*

1

# CERTIFICATE OF SERVICE

I certify that on October 18, 2018, I electronically filed this Notice of State Court Decision with the Clerk of Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

>James Bernier, Jr.
>Special Deputy Attorney General
>N.C. Department of Justice
>PO Box 629
>Raleigh, NC 27602
>jbernier@ncdoj.gov
>*Counsel for defendants State of North Carolina, Bipartisan State Board of Elections and Ethics Enforcement, and chair and members of the Bipartisan State Board of Elections and Ethics Enforcement*
>
>D. Martin Warf
>Noah H. Huffstetler, III
>Nelson Mullins Riley & Scarborough LLP
>4140 Parklake Avenue, Suite 200
>Raleigh, NC 27612
>noah.huffstetler@nelsonmullins.com
>martin.ward@nelsonmullins.com
>*Counsel for defendant-intervenors Berger and Moore*
>
>Brian D. Rabinovitz
>Special Deputy Attorney General
>Amar Majmundar
>Special Deputy Attorney General
>Olga E. Vysotskaya de Brito
>Special Deputy Attorney General
>NC Department of Justice
>PO Box 629
>Raleigh, NC 27602
>brabinovitz@ncdoj.gov
>amajmundar@ncdoj.gov

2

ovysotskaya@ncdoj.gov
*Counsel for defendant Cooper*

This 18th day of October 2018.

/s/ Michael Crowell
Michael Crowell, Attorney
NC State Bar No. 1029
1011 Brace Lane
Chapel Hill, NC 27516
919-812-1073
lawyercrowell@gmail.com

*Attorney representing himself*