IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-00515

MICHAEL CROWELL,

    Plaintiff,

v.

ROY COOPER, Governor of North Carolina, in his official capacity only; ROBERT B. CORDLE, Chair, State Board of Elections, in his official capacity only; STELLA ANDERSON, JEFF CARMON III, DAVID C. BLACK, and KEN RAYMOND, members, State Board of Elections, in their official capacities only;

    Defendants,

and

PHILIP E. BERGER, President Pro Tempore, North Carolina Senate, and TIMOTHY K. MOORE, Speaker, North Carolina House of Representatives, in their official capacities only,

    Defendant-Intervenors.

## DEFENDANT-INTERVENORS' MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1) and 12(b)(6)

Defendant-Intervenors Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate and Timothy K. Moore,

in his official capacity as Speaker of the North Carolina House of Representatives, by and through undersigned counsel and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.3, hereby move this Court to dismiss Plaintiff's Amended Complaint, Dkt. 63, for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.[1] In support of their Motion, Defendant-Intervenors refer to the arguments expressed in the State Defendants' Memorandum of Law in Support of Motion to Dismiss, Dkt. 67.[2]

WHEREFORE, Defendant-Intervenors respectfully request that this Court dismiss Plaintiff's Amended Complaint and grant such other and further relief as the Court deems appropriate.

---

[1] Contemporaneously herewith, Defendant-Intervenors have moved to withdraw their intervention, and do not seek to prejudice that motion by also responding to the Amended Complaint with a Rule 12 with a motion to dismiss. If the motion to withdraw is not permitted, Defendant-Intervenors ask this Court to rule on their motion to dismiss similar to the State Defendants' Motions to Dismiss (*see* Dkt. 66).

[2] Having litigated against the Governor regarding gubernatorial control over the Board of Elections, Defendant-Intervenors do not necessarily agree with the arguments of the State Defendants regarding *Cooper v. Berger*, 370 N.C. 392, 809 S.E.2d 98 (2018) as stated in the Memorandum. But this disagreement is not relevant to the dismissal of Plaintiff's Amended Complaint.

Respectfully submitted this the 13th day of May, 2019.

    NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ D. Martin Warf
    Noah H. Huffstetler, III
    N.C. State Bar No. 7170
    D. Martin Warf
    N.C. State Bar No. 32982
    4140 Parklake Avenue, Suite 200
    Raleigh, N.C. 27612
    Telephone: (919) 329-3800
    noah.huffstetler@nelsonmullins.com
    martin.warf@nelsonmullins.com

*ATTORNEYS FOR* Defendant-Intervenors *PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives*

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brian D. Rabinovitz
Special Deputy Attorney General
Amar Majmundar
Special Deputy Attorney General
Olga E. Vysotskaya de Brito
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, N.C. 27602
brabinovitz@ncdoj.gov
amajmundar@ncdoj.gov
ovysotskaya@ncdoj.gov

*Counsel for Defendant Roy Cooper, Governor of North Carolina, in his official capacity only*

Michael Crowell
1011 Brace Lane
Chapel Hill, N.C. 27516
lawyercrowell@gmail.com

*Plaintiff, Attorney representing himself*

James Bernier, Jr.
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, N.C. 27602
jbernier@ncdoj.gov

*Counsel for Defendants State of North Carolina, Bipartisan State Board of Elections and Ethics Enforcement, and chair and members of the Bipartisan State Board of Elections and Ethics Enforcement*

4

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ D. Martin Warf
Noah H. Huffstetler, III
N.C. State Bar No. 7170
D. Martin Warf
N.C. State Bar No. 32982
4140 Parklake Avenue, Suite 200
Raleigh, N.C. 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
noah.huffstetler@nelsonmullins.com
martin.warf@nelsonmullins.com

*ATTORNEYS FOR* Defendant-Intervenors *PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives*