IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL CROWELL,                        )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )   1:17CV515
                                        )
ROY COOPER, Governor of North           )
Carolina, in his official               )
capacity only, ROBERT B.                )
CORDLE, Chair, State Board              )
of Elections, in his official           )
capacity only, STELLA                   )
ANDERSON, JEFF CARMON III,              )
DAVID C. BLACK, and KEN                 )
RAYMOND, members, State Board           )
Of Elections, in their official         )
capacities only,                        )
                                        )
        Defendants.                     )

### ORDER

This matter comes before the court upon Defendants' Joint Motion for Extension of Time, (Doc. 75), to reply to Plaintiff's response to Defendants' motion to dismiss. Having considered the motion, with Plaintiff's consent, and for good cause shown.

**IT IS HEREBY ORDERED** that Defendants' motion for extension, (Doc. 75), is **GRANTED** and that Defendants shall have up to and including July 1, 2019, within which to file a reply to Plaintiff's response to Defendants' motion to dismiss.

This the 20th day of June, 2019.

```
_____
       United States District Judge
```