IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-00515

| | |
|---|---|
| MICHAEL CROWELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROY COOPER, Governor of North Carolina, in his official capacity only; ROBERT B. CORDLE, Chair, State Board of Elections, in his official capacity only; STELLA ANDERSON, JEFF CARMON III, DAVID C. BLACK, and KEN RAYMOND, members, State Board of Elections, in their official capacities only;<br><br>　　　　Defendants. | DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR A DISCOVERY CONFERENCE |

　　　　Defendants ROY COOPER, in his official capacity as Governor of North Carolina; and ROBERT B. CORDLE, STELLA ANDERSON, JEFF CARMON III, DAVID C. BLACK, and KEN RAYMOND, in their official capacities as members of the State Board of Elections, respectfully submit this response to Plaintiff's Request for a Discovery Conference (Doc. 79).

　　　　Although Defendants do not object to a conference to consider Plaintiff's desire to open discovery, Defendants do not agree that discovery is necessary. Defendants contend that the case should be dismissed as a matter of law. (*See* Docs. 66, 67, 77, 78). Therefore, any discovery would be futile and a misallocation of the State's resources.

　　　　Respectfully submitted, this 20th day of December, 2019.

JOSHUA H. STEIN
Attorney General

/s/ Paul M. Cox

Alexander McC. Peters
Chief Deputy Attorney General
N.C. State Bar No. 13654
apeters@ncdoj.gov

Paul M. Cox
Special Deputy Attorney General
N.C. State Bar No. 49146
pcox@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763

*Attorneys for State Board Defendants*


/s/ Brian D. Rabinovitz (w/ permission)

Amar Majmundar
Senior Deputy Attorney General
N.C. State Bar No. 24668
amajmundar@ncdoj.gov

Olga E. Vysotskaya de Brito
Special Deputy Attorney General
N.C. State Bar No. 31846
ovysotskaya@ncdoj.gov

Brian D. Rabinovitz
Special Deputy Attorney General
N.C. State Bar No. 41538
brabinovitz@ncdoj.gov

N.C. Department of Justice
Post Office Box 629

2

Raleigh, NC 27602
Telephone: (919) 716-6821
Facsimile: (919) 716-6759

*Attorneys for Defendant Cooper*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

This 20th day of December, 2019.

/s/ Paul M. Cox
Paul M. Cox
Special Deputy Attorney General
