IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-00515

| | |
|---|---|
| MICHAEL CROWELL,<br><br>        Plaintiff,<br><br>  v.<br><br>ROY COOPER, Governor of North Carolina, in his official capacity only; ROBERT B. CORDLE, Chair, State Board of Elections, in his official capacity only; STELLA ANDERSON, JEFF CARMON III, DAVID C. BLACK, and KEN RAYMOND, members, State Board of Elections, in their official capacities only;<br><br>        Defendants. | NOTICE OF SUBSTITUTION OF GOVERNMENTAL COUNSEL FOR STATE BOARD MEMBERS |

NOW COMES undersigned counsel, Paul M. Cox, Special Deputy Attorney General with the North Carolina Department of Justice, pursuant to LR83.1(e), and hereby gives notice of his substitution as governmental counsel in this action for Alexander McC. Peters. The undersigned counsel shows the following:

1. On June 16, 2017, then Senior Deputy, now Chief Deputy Attorney General Alexander McC. Peters appeared on behalf of all defendants in this action.

2. On November 3, 2017, Mr. Peters withdrew representation from Governor Cooper, whose counsel had separately appeared, but remained counsel for the remaining defendants, including the State of North Carolina and the State Board of Elections and its members.

3. On November 14, 2017, Plaintiff voluntarily dismissed the State and State Board of Elections Defendants, leaving the Governor and the unnamed State Board Members as the remaining defendants.

4. On March 4, 2019, Special Deputy Attorney General, Paul M. Cox, appeared in this action on behalf of the State Board Members.

5. On April 15, 2019, Plaintiff filed an amended complaint that substituted the unnamed members of the State Board with the named members of the State Board, Robert B. Cordle, Stella Anderson, Jeff Carmon III, David C. Black, and Ken Raymond, sued in their official capacities. Mr. Peters and Mr. Cox continued to represent those State Board Members in subsequent proceedings.

6. Alexander McC. Peters is retiring from the North Carolina Department of Justice and will no longer be representing the State Board Members in this action.

7. The State Board Members will continue to be represented in this action by Special Deputy Attorney General Paul M. Cox.

WHEREFORE, the undersigned counsel respectfully requests that he be substituted for Alexander McC. Peters as counsel for the State Board Members and that Alexander McC. Peters be terminated in this action.

Respectfully submitted, this 12th day of February, 2021.

JOSHUA H. STEIN
Attorney General

/s/ Paul M. Cox
Paul M. Cox
Special Deputy Attorney General
N.C. State Bar No. 49146
pcox@ncdoj.gov

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763

3