IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL CROWELL, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Case No. 1:17-cv-515-WO-JEP |
| v. | ) |
| | ) |
| ROY COOPER, Governor of North Carolina, *in his official capacity only*; et al., | ) |
| | ) |
| | ) |
| *Defendants.* | ) |

## NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses his Amended Complaint without prejudice pursuant to Rule 41(a)(1)(A)(i).

Plaintiff dismisses this lawsuit because he recently accepted an appointment to a state commission, making him ineligible to serve on the State Board of Elections, regardless of party affiliation. Under North Carolina General Statutes § 163-19(f)(1) a person who holds any other appointed state office is ineligible to serve on the State Board. Plaintiff, therefore, is no longer in a position to pursue the claims that an unaffiliated voter's constitutional rights to free speech, freedom of association, and equal protection, are violated by exclusion from serving on election boards.

1

RESPECTFULLY SUBMITTED, this 7th day of June 2021.

                /s/ Michael Crowell
                Michael Crowell
                NC State Bar No. 1029
                1011 Brace Lane
                Chapel Hill, NC 27516
                919-812-1073
                lawyercrowell@gmail.com

                *Attorney representing himself*

2

Case 1:17-cv-00515-WO-JEP   Document 87   Filed 06/07/21   Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on June 7, 2021, I electronically filed this Notice of Plaintiff's Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

This 7th day of June 2021.

/s/ Michael Crowell
Michael Crowell, Attorney
NC State Bar No. 1029
1011 Brace Lane
Chapel Hill, NC 27516
919-812-1073
lawyercrowell@gmail.com

*Attorney representing himself*